WILLIAM A. SOKOL, Bar No. 072740
EZEKIEL D. CARDER, Bar No. 206537
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bsokol@unioncounsel.net
         ecarder@unioncounsel.net
         kzinnen@unioncounsel.net

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE DRAGU,<br><br>                    Plaintiff,<br><br>v.<br><br>MOTION PICTURE INDUSTRY HEALTH PLAN FOR ACTIVE PARTICIPANTS,<br><br>                    Defendant. | No. 3:14-cv-04268 RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Federal Rules of Civil Procedure 12, and Local Rule 6-1(a), Plaintiff Elise Dragu ("Plaintiff") and Defendant Motion Picture Industry Health Plan for Active Participants ("Defendant") hereby stipulate to extend the time within which Defendant has to answer or otherwise respond to Plaintiff's Complaint.

Plaintiff filed the Complaint in this action on September 22, 2014.  With this Stipulation, Defendant's deadline for answering and or otherwise responding to the Complaint is extended to January 9, 2015.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT
CASE NO. 3:14-cv-04268 RS
137304/791309

The parties also agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully submitted to the Court for approval without the necessity of a hearing.

Dated: December 15, 2014

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

By: /s/ Kristina M. Zinnen
     KRISTINA M. ZINNEN
     Attorneys for Defendant

Dated: December 15, 2014

By: /s/ James P. Keenley
     JAMES P. KEENLEY
     Attorneys for Plaintiff

### [~~PROPOSED~~] ORDER

It is so ordered that the Stipulation extending the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is entered in this matter, as set forth above. In addition, the Court orders:

Dated: 12/16, 2014

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT
CASE NO. 3:14-cv-04268 RS
137304/791309