WILLIAM A. SOKOL, Bar No. 072740
EZEKIEL D. CARDER, Bar No. 206537
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bsokol@unioncounsel.net
         ecarder@unioncounsel.net
         kzinnen@unioncounsel.net

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE DRAGU,<br><br>                       Plaintiff,<br><br>v.<br><br>MOTION PICTURE INDUSTRY HEALTH PLAN FOR ACTIVE PARTICIPANTS,<br><br>                       Defendant. | No. 3:14-cv-04268 RS<br><br>**ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant Motion Picture Industry Health Plan for Active Participants ("Defendant") now answers the First Amended Complaint against it in this matter and states respecting each of the numbered paragraphs of the Complaint as follows:

       1.     In answer to Paragraph 1 of the Complaint, Defendant lacks sufficient information upon which to form a belief as to the truth of the allegations contained therein, and based upon such lack of information and belief, the Defendant denies each and every allegation contained therein.

       2.     In answer to Paragraphs 2, 3, and 4 of the Complaint, Defendant admits the allegations therein.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

ANSWER TO FIRST AMENDED COMPLAINT
CASE NO. 3:14-cv-04268 RS

3. In answer to Paragraph 5 of the Complaint, Defendant denies each and every allegation therein.

4. In answer to Paragraph 6 of the Complaint, Defendant admits the allegations therein.

5. In answer to Paragraphs 7, 8, and 9 of the Complaint, Defendant lacks sufficient information upon which to form a belief as to the truth of the allegations contained therein, and based upon such lack of information and belief, the Defendant denies each and every allegation contained therein.

6. In answer to Paragraph 10 of the Complaint, Defendant denies each and every allegation therein.

7. In answer to Paragraphs 11 of the Complaint, Defendant lacks sufficient information upon which to form a belief as to the truth of the allegations contained therein, and based upon such lack of information and belief, the Defendant denies each and every allegation contained therein.

8. In answer to Paragraphs 12 and 13 of the Complaint, Defendant denies each and every allegation therein.

9. In answer to Paragraph 14 of the Complaint, Defendant denies that "the preauthorization was repeatedly delayed." As to the remaining allegations, Defendant lacks sufficient information upon which to form a belief as to the truth of the allegations contained therein, and based upon such lack of information and belief, the Defendant denies each and every allegation contained therein.

10. In answer to Paragraph 15 of the Complaint, Defendant lacks sufficient information upon which to form a belief as to the truth of the allegations contained therein, and based upon such lack of information and belief, the Defendant denies each and every allegation contained therein.

11. In answer to Paragraphs 16 and 17 of the Complaint, Defendant admits the allegations therein.

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

ANSWER TO FIRST AMENDED COMPLAINT
CASE NO. 3:14-cv-04268 RS

2

12.   In answer to Paragraphs 18, 19, 20, 21, and 22 of the Complaint, Defendant denies each and every allegation therein.

13.   In answer to Paragraphs 23, 24, and 25 of the Complaint, Defendant admits the allegations therein.

14.   In answer to Paragraphs 26, 27, 28, and 29 of the Complaint, Defendant denies each and every allegation therein.

15.   In answer to Paragraphs 30 of the Complaint, Defendant lacks sufficient information upon which to form a belief as to the truth of the allegations contained therein, and based upon such lack of information and belief, the Defendant denies each and every allegation contained therein.

16.   In answer to Paragraphs 31 and 32 of the Complaint, Defendant admits the allegations therein.

17.   In answer to Paragraph 33 of the Complaint, Defendant denies each and every allegation therein.

18.   In answer to Paragraph 34 of the Complaint, Defendant admits the allegations therein.

19.   In answer to Paragraph 35, 36, and 37 of the Complaint, Defendant denies each and every allegation therein.

20.   In answer to Paragraph 38 of the Complaint, Defendant lacks sufficient information upon which to form a belief as to the truth of the allegations contained therein, and based upon such lack of information and belief, the Defendant denies each and every allegation contained therein.

21.   In answer to Paragraph 39, Defendant denies the modifier "including Plaintiff." As to the remaining allegations, Defendant admits the allegations therein.

22.   In answer to Paragraphs 40, 41, and 42 of the Complaint, Defendant admits the allegations therein.

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

ANSWER TO FIRST AMENDED COMPLAINT
CASE NO. 3:14-cv-04268 RS

23. In answer to Paragraphs 43, 44, 45, 46, 47, and 48 of the Complaint, Defendant denies each and every allegation therein.

24. In answer to Paragraph 49 of the Complaint, Defendant admits the allegations therein.

25. In answer to Paragraphs 50, 51, and 52 of the Complaint, Defendant denies each and every allegation therein.

26. In answer to Paragraph 53 of the Complaint, Defendant admits the allegations therein.

27. In answer to Paragraphs 54 and 55 of the Complaint, Defendant lacks sufficient information upon which to form a belief as to the truth of the allegations contained therein, and based upon such lack of information and belief, the Defendant denies each and every allegation contained therein.

28. In answer to Paragraphs 56, 57, 58, 59, and 60 of the Complaint, Defendant denies each and every allegation therein.

29. In answer to Paragraph 61 of the Complaint, Defendant admits the allegations therein.

30. In answer to Paragraphs 62, 63, and 64 of the Complaint, Defendant denies each and every allegation therein.

31. Any allegation not specifically admitted is denied.

## AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted against Defendant.

### THIRD AFFIRMATIVE DEFENSE

The Complaint's claims are barred under the applicable statute of limitations.

4

ANSWER TO FIRST AMENDED COMPLAINT
CASE NO. 3:14-cv-04268 RS

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

### FOURTH AFFIRMATIVE DEFENSE

The Complaint is barred by Plaintiff's failure to exhaust administrative remedies.

### FIFTH AFFIRMATIVE DEFENSE

The Complaint is barred by the doctrines of estoppel, waiver, laches, and unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

Defendant reserves the right to assert additional affirmative defenses as they may become apparent as a result of discovery.

### **PRAYER FOR RELIEF**

WHEREFORE, the Defendant requests that the Court grant the following relief:

1. That the Court adjudge and determine that Plaintiff is entitled to no relief from Defendant, and dismiss the Complaint in its entirety with prejudice;

2. That the Court award Defendant their costs of suit;

3. That the Court award Defendant their attorneys' fees; and

4. That the Court award such other relief as it deems just and proper.

Dated: February 23, 2015

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By:  /s/ *Kristina M. Zinnen*
           WILLIAM A. SOKOL
           EZEKIEL D. CARDER
           KRISTINA M. ZINNEN
           Attorneys for Defendant

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5

ANSWER TO FIRST AMENDED COMPLAINT
CASE NO. 3:14-cv-04268 RS