WILLIAM A. SOKOL, Bar No. 072740
EZEKIEL D. CARDER, Bar No. 206537
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bsokol@unioncounsel.net
         ecarder@unioncounsel.net
         kzinnen@unioncounsel.net

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELISE DRAGU, | No. 3:14-cv-04268 RS |
|---|---|
| Plaintiff, | **DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MOTION PICTURE INDUSTRY HEALTH PLAN FOR ACTIVE PARTICIPANTS, | |
| Defendant. | Date:  November 5, 2015<br>Time:  1:30 p.m.<br>Courtroom:  3, 17th Floor<br>Judge:  Hon. Richard Seeborg |

I, KRISTINA ZINNEN, declare as follows:

1.     I am an attorney at law, admitted to practice before this Court, and a Shareholder with the law firm of Weinberg, Roger & Rosenfeld, located at 1001 Marina Village Parkway, Suite 200, Alameda, CA 941501-1091, attorneys for Defendant Motion Picture Industry Health Plan for Active Participants ("Defendant"), in the above-referenced matter. I make this declaration upon my personal knowledge, and, if called as a witness, I could competently testify to the facts hereinafter stated.

2.     The legal basis upon which Defendant seeks summary judgment in this case is set forth in Defendant's Notice of Motion and Motion for Summary Judgment and Memorandum of

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:14-cv-04268 RS

Points and Authorities; Declaration of Gregory Mason; and the Proposed Order filed concurrently herewith.

3. Defendant's counsel has performed a total of 163 hours of work on this case. All of this time was contemporaneously recorded using ProLaw, a timekeeping program. A true and correct copy of the ProLaw report showing work done by Defendant's counsel is attached hereto as **Exhibit A.** Seven timekeepers worked on this case: Three attorneys, two paralegals, and two law clerks. The amount of time each individual is as follows:

| **Professional** | **Hours** | **Rate** | **Value** |
|---|---|---|---|
| Kristina Zinnen (attorney) | 108.75 | $345.00 | $36,660.00 |
| Ezekiel D. Carder (attorney) | 1.75 | $345.00 | $603.75 |
| Judy Castillo (paralegal) | 2.75 | $145.00 | $398.75 |
| Carlos D. Isidro (law clerk) | 11.00 | $145.00 | $1,595.00 |
| Aaron J. Nathan (paralegal) | 2.50 | $145.00 | $362.50 |
| Roberta Perkins (attorney) | 27.25 | $345.00 | $9,401.25 |
| Dat T. Phan (law clerk) | 9.00 | $145.00 | $1,305.00 |
| **TOTAL** | **163.00** | | **$50,326.25** |

4. I am a Shareholder with the Law Firm. I earned a Bachelor of Arts degree from Northwestern University, and a Juris Doctor from the University of San Francisco School of Law in May 2006. I was admitted to the California Bar in December 2006 and have been with the Law Firm since September 2006, working on a variety of ERISA matters, including collection work in State and Federal Courts on behalf of Trust Fund clients, litigating and counseling on issues involving ERISA, trust fund collection, benefit denials, as well as general litigation and arbitration work on numerous cases. My time was billed at the Shareholder rate of $345.00 per hour.

5. Based on the foregoing the total amount of attorneys' fees incurred is $50,326.25. The anticipated work associated with Defendant's Motion for Summary Judgment is expected to amount to $2,070.00, and includes drafting a Reply Brief, appearance at the hearing, and follow-

2

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:14-cv-04268 RS

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

up work regarding the judgment entered by the Court.  The expected total of attorneys' fees is $52,396.25.

6. Plaintiffs have incurred costs totaling $654.49 to date.  A true and correct report of the ProLaw report detailing the costs incurred is attached hereto as **Exhibit B**.  Our client has been billed for the costs described in Exhibit B in the amounts indicated.  Our client will also be billed for costs associated with filing the motion for summary judgment and related papers.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of October 2015, at Alameda, California.

*/s/ Kristina Zinnen*
KRISTINA ZINNEN

**Error! Unknown document property name.**

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:14-cv-04268 RS

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001